# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-00816-JLS | Date | April 21, 2016 |
|---|---|---|---|
| Title | IN RE JUAN R. NUNGARAY | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Terry Guerrero | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)  ORDER TO SHOW CAUSE ("OSC") RE DISMISSAL OF APPEAL**

On March 8, 2016, this Court issued a Notice Re: Bankruptcy Record Complete. (Doc. 7) Pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1), the appellant must serve and file an opening brief withing 30 days after docketing of notice that the record has been transmitted. As of April 20, 2016, no opening brief has been filed.

Both Federal Rule of Bankruptcy Procedure 8018(a)(4) and this Court's Local Rule 8018-4.4 provide for the dismissal of an appeal where an appellant fails to file an opening brief in a timely manner.

Accordingly, on its own Motion, the Court hereby ORDERS Appellant Juan R. Nungaray to show cause why this action should not be dismissed based on his failure to file his opening brief in compliance with Rule 8018(a)(1).

To avoid dismissal, no later than May 6, 2016, Appellant must file his opening brief or he must file a statement explaining why his appeal should not be dismissed, why he failed to file his opening brief, and when he intends to file his opening brief. Failure to file anything in response to this OSC will result in dismissal.

Should Appellant file an opening brief on or before May 6, 2016, in compliance with Rule 8018, Appellee's brief shall be filed no later than thirty days after the filing and service of the opening brief.

No oral argument on the present OSC will be heard, and the matter will stand submitted upon the earlier of May 6, 2016, or the filing of a written response or an opening brief by Appellant.

**IT IS SO ORDERED.**

_____  :  _____

Initials of Preparer

tg